**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2242**

ERIC ALAN SANDERS,

        Plaintiff - Appellant,

    v.

LOWE'S HOME CENTERS, LLC,

        Defendant - Appellee,

    and

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, of Charlotte, NC; JOHN HAYWARD; MIKE CALZAREETA; DOUG FORD; RAYVON IRBY,

        Defendants.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Paige Jones Gossett, Magistrate Judge.  (0:15-cv-02313-JMC-PJG)

Submitted:  March 13, 2018                Decided:  March 15, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Eric Alan Sanders, Appellant Pro Se. Richard James Morgan, MCNAIR LAW FIRM, PA, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Alan Sanders seeks to appeal the magistrate judge's order granting him an extension of time to file an opposition to the defendant's motion for summary judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Sanders seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Sanders' pending motions and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*